United States District Court
Southern District of Texas

**ENTERED**

June 03, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| AHMED KAMRUDDIN MALIK, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-068 |
| | § | |
| WARDEN PORT ISABEL SERVICE | § | |
| PROCESSING CENTER, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

In this habeas action, Petitioner Ahmed Kamruddin Malik alleges that Respondents' detention and planned removal of him violate his statutory and constitutional rights. On February 2, 2026, the Court held a hearing on Petitioner's request for a preliminary injunction. Based on the record and the applicable law, the Court denied the issuance of a preliminary injunction on the grounds that Petitioner had not demonstrated a substantial likelihood of success on the merits of his claim. In particular, the Court concluded that the jurisdictional bar in 8 U.S.C. § 1252(g) applied to Petitioner's claim.

The Court then ordered Petitioner to file, by no later than May 22, 2026, a Statement "explaining why her claims are not barred by 8 U.S.C. § 1252(g)." (Order, Doc. 11) The indicated deadline has expired, and Petitioner did not file a Statement. For the reasons stated on the record at the preliminary injunction hearing, it is:

**ORDERED** that Petitioner Ahmed Kamruddin Malik's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 is **DENIED FOR LACK OF SUBJECT MATTER JURISDICTION**.

The Clerk of Court is directed to close this case.

Signed on June 3, 2026.

Fernando Rodriguez, Jr.
United States District Judge